UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| DEANA BURKEEN and<br>TIMOTHY BURKEEN, | PLAINTIFFS |
| v. | NO. 5:16-cv-00017-GNS |
| A.R.E. ACCESSORIES, LLC; and<br>GENERAL MOTORS, LLC | DEFENDANTS |

### PLAINTIFFS MOTION TO ALTER OR AMEND THE COURT'S MEMORANDUM OPINION AND ORDER ENTERED JULY 26, 2017

\*\*   \*\*   \*\*\*   \*\*   \*\*

Plaintiffs, Deana Burkeen and Timothy Burkeen, by counsel, move the Court, pursuant to Fed. R. Civ. P. 59(e), to alter or amend its Memorandum and Opinion and Order entered July 26, 2017.  See attached *Memorandum in Support of Plaintiffs Motion to Alter or Amend the Court's Memorandum Opinion and Order Entered July 26, 2017*.

WHEREFORE, Plaintiffs respectfully request the Court to grant their motion to alter or amend its Memorandum Opinion and Order of July 26, 2017.

RESPECTFULLY SUBMITTED,

Richie W. Kemp
KEMP & WRIGHT
117 West Broadway
P.O. Box 454
Mayfield, Kentucky   42066
(270) 247-7111   •   (877) 247-3561
richie@kempwright.com

and

        MOORE, MALONE & SAFREED
        104 East Fourth Street
        P.O. Box 549
        Owensboro, Kentucky 42302-0549
        (270) 683-4513 • (270) 683-4565 (fax)
        cemoore@moorelaw.org
        ddmoorman@moorelaw.org


        By: /s/ Charles E. Moore
            Charles E. Moore
            Dion Moorman

        ATTORNEYS FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I electronically filed the foregoing PLAINTIFFS' MOTION ALTER OR AMEND THE COURT'S MEMORANDUM OPINION AND ORDER ENTERED JULY 26, 2017, MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION, and attached PROPOSED ORDER AND ALTERNATIVE ORDER with the Clerk of the U. S. District Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Edwin A. Jones, Esquire<br>BOEHL STOPHER & GRAVES, LLP<br>410 Broadway<br>Paducah, Kentucky 42001<br>ejones@bsgpad.com<br>*Attorney for Defendant, A.R.E. Accessories, LLC* | Carol Dan Browning, Esquire<br>STITES & HARBISON PLLC<br>400 West Market Street, Suite 1800<br>Louisville, Kentucky 40202<br>cbrowning@stites.com<br>*Attorney for Defendant, General Motors, LLC* |

Christopher C. Spencer
Spencer Shuford LLP
6806 Paragon Place, Suite 200
Richmond, VA 23230
cspencer@spencershuford.com
Attorney for Defendant, GM

        /s/ Charles E. Moore
        Charles E. Moore
        D. Dion Moorman
         *Attorneys for Plaintiffs*