UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

DEANA BURKEEN and　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
TIMOTHY BURKEEN,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 5:16-cv-00017-GNS

A.R.E. ACCESSORIES, LLC

and

GENERAL MOTORS, LLC　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

### ORDER GRANTING MOTION TO ALTER, AMEND, OR VACATE IN ITS ENTIRETY

\*\*　\*\*　\*\*　\*\*　\*\*

On motion of Plaintiffs, Deanna Burkeen and Timothy Burkeen, to alter, amend, or vacate the Court's July 26, 2017, Judgment, the Court orders as follows:

IT IS HEREBY ORDERED that the Court's Order entered and filed on July 26, 2017 is amended to deny defendant, General Motors, LLC motion to dismiss in its entirety.  Plaintiff's Amended Complaint states sufficient grounds to form potentially justiciable claims against defendant General Motors, LLC.

Entered: