UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| DEANA BURKEEN and<br>TIMOTHY BURKEEN, | PLAINTIFFS |
| v. | NO. 5:16-cv-00017-GNS |
| A.R.E. ACCESSORIES, LLC<br><br>and<br><br>GENERAL MOTORS, LLC | DEFENDANTS |

### ALTERNATIVE ORDER GRANTING IN PART PLAINTIFF'S MOTION TO ALTER, AMEND, OR VACATE

\*\*   \*\*   \*\*   \*\*   \*\*

On motion of Plaintiffs, Deanna Burkeen and Timothy Burkeen, to alter, amend, or vacate the Court's July 26, 2017, Judgment, the Court orders as follows:

IT IS HEREBY ORDERED that the Court's Order entered and filed on July 26, 2017 is amended to state that Plaintiff's Amended Complaint against defendant, General Motors, LLC is dismissed without prejudice.

Entered: